DOCKET NO. 421

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE JOHNSON MEDICAL MALPRACTICE LITIGATION

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiffs in the two actions listed on the attached Schedule A for transfer of the action pending in the District of Oregon to the Western District of Washington for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed in this litigation,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer under Section 1407 exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products, Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 pertaining to the actions listed on the following Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] All parties waived oral argument, and, therefore, this matter was submitted for decision on the basis of the papers filed. See Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

Schedule A

<u>MDL-421 -- In re Johnson Medical Malpractice Litigation</u>
    <u>District of Oregon</u>
  <u>Rosa N. Johnson, et al. v. Mark Wheeler, III, M.D.</u>,
    C.A. No. 79-450
    <u>Western District of Washington</u>
  <u>Rosa N. Johnson, et al. v. United States of America</u>,
    C.A. No. C80-46